IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01958-CMA-BNB

MARSHA SORCE,

Plaintiff,

v.

DITECH,
GMAC MORTGAGE,
FREDDIE MAC MULTI-CLASS CERTIFICATES SERIES 3499,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC ("MERS"),
GMAC MORTGAGE, LLC; and
DOES 1 TO 20,[1]

Defendants.
_____

**ORDER TO SHOW CAUSE**
_____

The plaintiff initiated this case by filing a Complaint [Doc. #1].  On August 6, 2012, I struck the Complaint because it suffered from many deficiencies, and I ordered the plaintiff to submit an amended complaint which complies with Fed. R. Civ. P. 8; D.C.COLO.LCivR 8.1A; and my order.  I cautioned the plaintiff that failure to submit an amended complaint could result in a recommendation that her case be dismissed.

The plaintiff did not submit an amended complaint.   Accordingly,

IT IS ORDERED that the plaintiff shall show cause, if any there be, in writing and on or before **September 25, 2012**, why the Complaint should not be dismissed for failure to comply

---

[1]The caption as prepared by the plaintiff includes "All Persons Claiming By, Through or Under Such Person, All Persons Unknown, Claiming Any Legal or Equitable Title, Estate, Lien or Interest in the Property Described in the Complaint Adverse to Plaintiffs Title Thereto. . . ."  I interpret these parties to be among the Doe defendants, and the caption is  modified to reflect my understanding.

with Fed. R. Civ. P. 8; D.C.COLO.LCivR 8.1A; and my order.  Failure to show cause on or before September 25, 2012, will result in my recommendation that the Complaint be dismissed.

Dated September 4, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge