**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 7 2012

JEFFREY P. COLWELL
CLERK

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-CV-01958

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Mortgage Electronic Registration Systems, Inc. ("MERS")

was received by me on *(date)*   08/17/2012   .

☑ I personally served the summons on the individual at *(place)*   15420 LAGUNA CANYON ROAD, SUITE 200

IRVINE, CALIFORNIA 92618   on *(date)*   08/17/2012   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   RACHEL UTRIA - AUTHORIZED AGENT   , who is

designated by law to accept service of process on behalf of *(name of organization)*   MORTGAGE ELECTRONIC

REGISTRATION SYSTEMS, INC. ("MERS")   on *(date)*   08/17/2012   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $   40.00   for travel and $ _____ for services, for a total of $   40.00   .

I declare under penalty of perjury that this information is true.

Date:   08/20/2012

_____
*Server's Signature*

RYAN GILLUM
*Printed name and title*

620 NEWPORT CENTER DRIVE, SUITE 1100
NEWPORT BEACH, CALIFORNIA 92660

*Server's address*

Additional information regarding attempted service, etc:

Appendix D

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## FACSIMILE COVER SHEET

   Pursuant to D.C.COLO.LCivR 5.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and **no longer than ten pages**, including all attachments, may be filed with the clerk by means of facsimile during a business day.  Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1.  Date  of  transmission:    September 6, 2012

2.  Name of attorney or *pro se* party making the transmission:   Marsha Sorce

   Facsimile  number: _____   Telephone  number:   970-903-8756

3.  Case number, caption, and title of pleading or paper:   1:12-cv-01958-CMA,

  Sorce v. Ditech et al, Proof of Service.

4.  Number of pages being transmitted, including the facsimile cover sheet:   2

Instructions, if any: _____

(Rev. (12/08)



## Send a fax for free

**Recipient Information**
To:  CLERK OF COURT - USDC CO
Fax #: 3033352714

**Sender Information**
From: MARSHA SORCE
Email address: sha@meantimeproductions.com
Sent on: Friday, September 7 2012 at 11:44 AM EDT

Save ink and paper -- receive your faxes via email next time: www.GoodbyeFaxMachine.com.

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 800-980-6858. Specify fax #7616074. We will add your fax number to the block list.

SEP-07-2012   10:00                                          96%                    P.01