# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Colorado

Case Number: 12CV01958 CMA - BNB

Plaintiff:
**Marsha Sorce**
vs.
Defendants:
**GMAC Mortgage, LLC; Ditech; et al.**

For:
Marsha Sorce

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 0 2012

JEFFREY P. COLWELL
CLERK

FRS2012008148

Received by Front Range Legal Process Service, Inc. to be served on GMAC Mortgage, LLC C/O CSC, 80 State Street, Albany, NY 12207. I, __J.P. O'Rourke__, being duly sworn, depose and say that on the __15th__ day of __August__, 20__12__ at __1:30__ p.m., executed service by delivering a true copy of the Summons In A Civil Action; Complaint; Civil Cover Sheet in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

(X) CORPORATE SERVICE: By serving __Kevin Vohnoutka__ as __Service Clerk__

( ) POSTING _____

( ) DESCRIPTION ) Age __27__ Sex __M__ Race __White__ Height __5'10"__ Weight __160__ Hair __Brown__ Glasses __Yes__

( ) OTHER SERVICE: As described in the Comments below by serving _____ as

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __20th__ day of __August__, __2012__ by the affiant who is personally known to me.

NOTARY PUBLIC
PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, 2014

PROCESS SERVER # _____
Appointed in accordance with State Statutes

Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2012008148

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4g

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Colorado

Case Number: 12CV01958

Plaintiff:
Marsha Sorce
vs.
Defendants:
GMAC Mortgage, LLC; Ditech; et al.

For:
    Marsha Sorce

Received by Front Range Legal Process Service, Inc. to be served on Ditech, 915 S 500 E, Suite 200, American Fork, UT 84003. I, Charles Reardon, being duly sworn, depose and say that on the 23 day of August, 2012 at 11:45 a.m., executed service by delivering a true copy of the Summons In A Civil Action; Complaint; Civil Cover Sheet in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

(X) CORPORATE SERVICE: By serving Jesse Davis as Authorized Party.

( ) POSTING _____

( ) DESCRIPTION ) Age ___ Sex ___ Race ___ Height ___ Weight ___ Hair ___ Glasses ___

( ) OTHER SERVICE: As described in the Comments below by serving _____ as

COMMENTS: Service completed at the office of defendant's (Ditech) registered agent c/o Corporation Service Company 2180 South 1300 East, Suite 650 Salt Lake City UT

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 30 day of August 2012 by the affiant who is personally known to me.

_____ NOTARY PUBLIC

JUDY A. REARDON
Notary Public - State of Utah
Comm. Exp. 04/08/2014
Commission # 582336

PROCESS SERVER # 100876
Appointed in accordance with State Statutes

Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2012008149

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4g

Appendix D

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and **no longer than ten pages**, including all attachments, may be filed with the clerk by means of facsimile during a business day. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1. Date of transmission: September 10, 2012

2. Name of attorney or *pro se* party making the transmission: Marsha Sorce

   Facsimile number: _____ Telephone number: 970-903-8756

3. Case number, caption, and title of pleading or paper: 1:12-cv-01958-CMA, Sorce v. Ditech et al, Proofs of Service for Ditech & GMAC(2).

4. Number of pages being transmitted, including the facsimile cover sheet: 3
   Instructions, if any: _____

(Rev. (12/08)



**Recipient Information**
**To:** Clerk of Court - USDC - CO
**Fax #:** 3033352714

**Sender Information**
**From: Marsha Sorce**
**Email address:** sha@meantimeproductions.com
**Sent on:** Monday, September 10 2012 at 6:45 PM EDT

**Save ink and paper -- receive your faxes via email next time: www.GoodbyeFaxMachine.com.**

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 800-980-6858. Specify fax #7634999. We will add your fax number to the block list.