IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01958-CMA-BNB

MARSHA SORCE,

Plaintiff,

v.

DITECH,
GMAC MORTGAGE,
FREDDIE MAC MULTI-CLASS CERTIFICATES SERIES 3499,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC ("MERS"),
GMAC MORTGAGE, LLC; and
DOES 1 TO 20,[1]

Defendants.

---

**ORDER**

---

This matter arises on the plaintiff's **Response to Order to Show Cause** [Doc. #11, filed 09/18/2012].

The plaintiff initiated this case by filing a Complaint [Doc. #1].  On August 6, 2012, I struck the Complaint because it suffered from many deficiencies, and I ordered the plaintiff to submit an amended complaint which complies with Fed. R. Civ. P. 8; D.C.COLO.LCivR 8.1A; and my order [Doc. #5].  On September 4, 2012, I ordered the plaintiff to show cause why this action should not be dismissed for failure to comply with Fed. R. Civ. P. 8; D.C.COLO.LCivR 8.1A; and my order.

---

[1]The caption as prepared by the plaintiff includes "All Persons Claiming By, Through or Under Such Person, All Persons Unknown, Claiming Any Legal or Equitable Title, Estate, Lien or Interest in the Property Described in the Complaint Adverse to Plaintiffs Title Thereto. . . ."  I interpret these parties to be among the Doe defendants, and the caption is  modified to reflect my understanding.

In response, the plaintiff states that she did not receive my initial order until after the deadline to amend expired.  The plaintiff requests an extension of time to file the amended complaint.

IT IS ORDERED that the plaintiff's request is GRANTED.  The plaintiff shall file her amended complaint on or before **September 28, 2012**.  No further extensions will be allowed.

Dated September 18, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge