**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:12-cv-01958-CMA-BNB**

MARSHA SORCE,

Plaintiff,

v.

DITECH,
GMAC MORTGAGE,
FREDDIE MAC MULTI-CLASS CERTIFICATES SERIES 3499,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"),
GMAC MORTGAGE, LLC; and
DOES 1 TO 20,

Defendants.

## ENTRY OF APPEARANCE

Karen L. Brody and Dana B. Baggs of the law firm Lowe, Fell & Skogg, LLC, hereby enter their appearance in the above-captioned matter as attorneys of record for Defendants Ditech, GMAC Mortgage, Freddie Mac Multi-Class Certificates Series 3499, Mortgage Electronic Registration Systems, Inc. ("MERS") and GMAC Mortgage, LLC.

Respectfully submitted this 4th day of October, 2012.

LOWE, FELL & SKOGG, LLC

*s/ Karen L. Brody*
Karen L. Brody
Dana B. Baggs
1099 Eighteenth Street, Suite 2950
Denver, Colorado 80202
Phone: 720.359.8200
Fax: 720.359.8201
Email: kbrody@lfslaw.com

ATTORNEYS FOR DEFENDANTS

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2012, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system and served it by placing a copy in the United States Mail, postage prepaid, addressed to the following:

>   Marsha Sorce
>   PO Box 1052
>   Lake Hughes, CA 93532

*s/ Anne Van Teyens*