IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01958-CMA-BNB

MARSHA SORCE,

Plaintiff,

v.

DITECH,
FREDDIE MAC MULTI-CLASS CERTIFICATES SERIES 3499,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), and
GMAC MORTGAGE, LLC, and Does 1 through 20,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

        This matter is before the Court on the **Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint** [docket no. 17, filed October 10, 2012] (the "Motion").

        IT IS ORDERED that the Motion is GRANTED and defendants shall answer or otherwise respond to the plaintiff's Amended Complaint on or before **October 29, 2012**.

DATED:  October 12, 2012