June Madrid Page: 1 of 2
Archuleta County Clerk and Recorder
Recorded: 5/27/2010 12:03 PM
E&D Rec Fee:$11.00 Doc Fee:$0.00
Reception No: 21003544

## NOTICE OF ELECTION AND DEMAND FOR SALE
## BY PUBLIC TRUSTEE

No. _____109-2010_____

TO THE PUBLIC TRUSTEE IN THE COUNTY OF ARCHULETA, COLORADO

The covenants of the following described Deed of Trust have been violated:

Original Grantor(s): Marsha Ann Sorce
Original Beneficiary: Mortgage Electronic Registration Systems, Inc., as nominee for GMAC Mortgage, LLC dba ditech
Holder of Evidence of Debt: GMAC Mortgage, LLC
Date of Deed of Trust: May 22, 2008
Recording Date of Deed of Trust: June 10, 2008
Original Principal Amount of Evidence of Debt: $307,000.00
Outstanding Principal Amount of Evidence of Debt as of the date hereof: $300,193.58
County of Recording: Archuleta
Book and Page No. or Reception No. of Recorded Deed of Trust: at Reception No. 20804367

Legal Description of Real Property:

SEE EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE

WHICH HAS THE ADDRESS OF 5600D County Road 700 Pagosa Springs, CO 81147-9660

THE PROPERTY DESCRIBED HEREIN IS ALL OF THE PROPERTY ENCUMBERED BY THE LIEN OF THE DEED OF TRUST.

THE LIEN FORECLOSED MAY NOT BE A FIRST LIEN.

The covenants of said Deed of Trust have been violated as follows: Failure to pay principal and interest when due together with all other payments provided for in the Evidence of Debt secured by the Deed of Trust and other violations of the terms thereof.

The undersigned therefore declares a violation of the covenants of said Deed of Trust. Demand is hereby made that you as Public Trustee named in said Deed of Trust, give notice, advertise for sale and sell said property for the purpose of paying all or part of the indebtedness thereby secured and the expense of making said sale, all as provided by law and the terms of said Deed of Trust.

**CASTLE MEINHOLD & STAWIARSKI, LLC IS ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Dated: May 24, 2010.

GMAC MORTGAGE, LLC, Holder of Evidence of Debt, as the term is defined in C.R.S. 38-38-100.3(10)

By: Castle Meinhold & Stawiarski, LLC
Attorneys for Holder of Evidence of Debt

By: _____ Christa Nicole
Attorneys at Law, Reg. No. 29855
999 18th Street, Suite 2201
Denver, CO 80202
(303) 865-1400

Sorce / 10-10713
CONV

**EXHIBIT C**

June Madrid   Page: 2 of 2
Archuleta County Clerk and Recorder
Recorded: 5/27/2010 12:03 PM
E&D  Rec Fee:$11.00  Doc Fee:$0.00
Reception No: 21003544

109-2010

## LEGAL DESCRIPTION

LOCATED IN THE COUNTY OF ARCHULETA, STATE OF COLORADO AND DESCRIBED AS FOLLOWS:

A TRACT OF LAND BEING THE NW1/4NW1/4 OF SECTION 22, TOWNSHIP 34 NORTH, RANGE 3 WEST, N.M.P.M., AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHWEST CORNER OF SAID SECTION 22, SAID CORNER BEING A MARKED STONE IN PLACE;

THENCE SOUTH 89° 36' 21" EAST, A DISTANCE OF 1319.50 FEET ALONG THE NORTH LINE OF THE NW1/4NW1/4 OF SAID SECTION 22 TO THE NORTHEAST CORNER OF SAID NW1/4NW1/4;

THENCE SOUTH 00° 22' 03" EAST, DISTANCE OF 1300.76 FEET ALONG THE EAST LINE OF THE NW1/4NW1/4 OF SAID SECTION 22 TO THE SOUTHEAST CORNER OF SAID NW1/4NW1/4;

THENCE NORTH 89° 59' 23" WEST, A DISTANCE OF 1320.81 FEET ALONG THE SOUTH LINE OF THE NW1/4NW1/4 OF SAID SECTION 22 TO THE SOUTHWEST CORNER OF SAID NW1/4NW1/4;

THENCE NORTH 00° 18' 24" WEST, A DISTANCE OF 1309.59 FEET ALONG THE WEST LINE OF THE NW1/4NW1/4 OF SAID SECTION 22 TO THE POINT OF BEGINNING.

TAX ID #: 589322200046

BEING ALL AND THE SAME LANDS AND PREMISES CONVEYED TO MARSHA ANN SORCE BY MARVIE R. VANLANDINGHAM AND KERON B. VANLANDINGHAM IN A WARRANTY DEED EXECUTED 8/23/2004 AND RECORDED 10/25/2004 IN DOCUMENT NO. 20409835 OF THE ARCHULETA COUNTY, COLORADO LAND RECORDS.

2750281v1