June Madrid Page: 2 of 7
Archuleta County Clerk and Recorder
Recorded: 12/2/2010 10:32 AM
PTC Rec Fee:$41.00 Doc Fee:$0.00
Reception No: 21008566



**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

Sarah F. Law
District Court Magistrate
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Archuleta County District Court 6th JD
Filing Date: Oct 1 2010 2:39PM MDT
Filing ID: 33580511
Review Clerk: Gloria L Adams

| DISTRICT COURT, ARCHULETA COUNTY, COLORADO<br>Court Address: 449 San Juan St., 1st Floor, P.O. Box 148<br>Pagosa Springs, CO 81147 | |
|---|---|
| IN THE MATTER OF THE MOTION OF GMAC MORTGAGE, LLC FOR AN ORDER AUTHORIZING THE PUBLIC TRUSTEE TO SELL CERTAIN REAL ESTATE UNDER A POWER OF SALE CONTAINED WITHIN A DEED OF TRUST | ▲ COURT USE ONLY ▲<br><br>Case Number: 2010CV199<br><br>Division: 1 |
| CORRECTED ORDER AUTHORIZING SALE | |

THE REVIEW AND HEARING IN THIS MATTER having been completed by the Court on September 27, 2010:

WHEREAS, Marsha Ann Sorce, Grantor(s) by Deed of Trust dated May 22, 2008, recorded June 10, 2008 at Reception No. 20804367 in the records of the County of Archuleta, Colorado, to secure to Mortgage Electronic Registration Systems, Inc., as nominee for GMAC Mortgage, LLC dba ditech the payment of a Promissory Note of even date therewith for the principal sum of $307,000.00 as provided in said Deed of Trust, conveyed to the Archuleta County Public Trustee, on the terms set forth in said Note and Deed of Trust, the following described real property ("Property") situate in said County to-wit:

SEE EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE

WHICH HAS THE ADDRESS OF 5600D County Road 700 Pagosa Springs, CO 81147-9660

WHEREAS, this Court issued an Order Authorizing Sale on September 27, 2010 ("Original Order"). Due to mistake, error or inadvertance, the Original Order incorrectly indentified the date of the hearing as August 20, 2010. However, the correct date of the hearing is September 27, 2010.

THE COURT FINDS that there is reasonable probability that: a default exists as alleged in the Motion in order to invoke the power of sale in said Deed of Trust; that the provisions of C.R.C.P. Rule 120 and the Servicemembers Civil Relief Act, as amended, have been complied with; that the venue in this action is proper; and that the order authorizing sale should be granted.

109-2010



EXHIBIT E

June Madrid  Page: 3 of 7
Archuleta County Clerk and Recorder
Recorded: 12/2/2010 10:32 AM
PTC Rec Fee:$41.00  Doc Fee:$0.00
Reception No: 21008566

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that a sale of the Property by the Public Trustee in the above said County in the State of Colorado, under a power of sale, pursuant to statute and the provisions of that certain Deed of Trust described above, be and the same hereby is authorized by this Court.

It is further ordered that the Original Order made by this Court on September 27, 2010 is hereby CORRECTED by this order to reflect the proper date.

It is further ordered that a return of such sale shall be made to this Court for its approval.

DONE this 30th day of September, 2010 *nunc pro tunc* 27th day of September 2010.

BY THE COURT:

_____
Judge/Magistrate

Sorce / 10-10713

109-2010

June Madrid   Page: 4 of 7
Archuleta County Clerk and Recorder
Recorded: 12/2/2010 10:32 AM
PTC  Rec Fee:$41.00  Doc Fee:$0.00
Reception No: 21008566

### LEGAL DESCRIPTION

LOCATED IN THE COUNTY OF ARCHULETA, STATE OF COLORADO AND DESCRIBED AS FOLLOWS:

A TRACT OF LAND BEING THE NW1/4NW1/4 OF SECTION 22, TOWNSHIP 34 NORTH, RANGE 3 WEST, N.M.P.M., AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHWEST CORNER OF SAID SECTION 22, SAID CORNER BEING A MARKED STONE IN PLACE;

THENCE SOUTH 89° 36' 21" EAST, A DISTANCE OF 1319.50 FEET ALONG THE NORTH LINE OF THE NW1/4NW1/4 OF SAID SECTION 22 TO THE NORTHEAST CORNER OF SAID NW1/4NW1/4;

THENCE SOUTH 00° 22' 03" EAST, DISTANCE OF 1300.76 FEET ALONG THE EAST LINE OF THE NW1/4NW1/4 OF SAID SECTION 22 TO THE SOUTHEAST CORNER OF SAID NW1/4NW1/4;

THENCE NORTH 89° 59' 23" WEST, A DISTANCE OF 1320.81 FEET ALONG THE SOUTH LINE OF THE NW1/4NW1/4 OF SAID SECTION 22 TO THE SOUTHWEST CORNER OF SAID NW1/4NW1/4;

THENCE NORTH 00° 15' 24" WEST, A DISTANCE OF 1309.59 FEET ALONG THE WEST LINE OF THE NW1/4NW1/4 OF SAID SECTION 22 TO THE POINT OF BEGINNING.

TAX ID #: 589322200046

BEING ALL AND THE SAME LANDS AND PREMISES CONVEYED TO MARSHA ANN SORCE BY MARVIE R. VANLANDINGHAM AND KERON B. VANLANDINGHAM IN A WARRANTY DEED EXECUTED 1/23/2004 AND RECORDED 10/25/2004 IN DOCUMENT NO. 20409635 OF THE ARCHULETA COUNTY, COLORADO LAND RECORDS.

2750281 v1

June Madrid   Page: 5 of 7
Archuleta County Clerk and Recorder
Recorded: 12/2/2010 10:32 AM
PTC  Rec Fee:$41.00  Doc Fee:$0.00
Reception No: 21008566

| | |
|---|---|
| **Court:** | CO Archuleta County District Court 6th JD |
| **Judge:** | Sarah F Law |
| **File & Serve Transaction ID:** | 33547844 |
| **Current Date:** | Oct 01, 2010 |
| **Case Number:** | 2010CV199 |
| **Case Name:** | GMAC MORTGAGE LLC vs. SORCE, MARSHA ANN |

/s/ Judge Sarah F Law

109-2010