June Madrid Page: 1 of 7
Archuleta County Clerk and Recorder
Recorded: 12/2/2010 10:32 AM
PTC Rec Fee:$41.00 Doc Fee:$0.00
Reception No: 21008566

# PUBLIC TRUSTEE'S CERTIFICATE OF PURCHASE
## CRS §38-38-401
### Public Trustee Foreclosure Sale No. 109-2010

I, the undersigned Public Trustee, certify that pursuant to the power and authority vested in me by law and by the Deed of Trust described as follows:

| | |
|---|---|
| Original Grantor(s) | Marsha Ann Sorce |
| Original Beneficiary(ies) | Mortgage Electronic Registration Systems, Inc., as nominee for GMAC Mortgage, LLC dba ditech |
| Current Holder of Evidence of Debt | GMAC Mortgage, LLC |
| Date of Deed of Trust | May 22, 2008 |
| County of Recording | Archuleta |
| Recording Date of Deed of Trust | June 10, 2008 |
| Reception No. and/or Book No. and Page No. | 20804367 |
| Original Principal Amount | $307,000.00 |

AND, upon Notice of Election and Demand being filed with me and recorded in said County as follows:

| | |
|---|---|
| Recording Date of Notice of Election and Demand | May 27, 2010 |
| Recording Reception No. | 21003544 |

Pursuant to §38-38-103, I first mailed a Combined Notice to the original grantor(s) of said Deed of Trust and to any persons required to be notified by CRS §38-38-100.3, §38-38-103, and §38-38-305. I further published the Combined Notice, in Pagosa Springs Sun, a newspaper of general circulation in said Archuleta County as prescribed by law.

AND, on December 02, 2010 at 10:00 A.M., at 449 San Juan St., Pagosa Springs, CO 81147, I exposed to public sale the property situate in the aforesaid Archuleta County, State of Colorado, described as follows:

SEE EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE

Also known by street and number as: 5600D County Road 700, Pagosa Springs, CO 81147-9660

At said sale, GMAC Mortgage, LLC, hereinafter "Purchaser", whose legal address is 1100 Virginia Drive, Fort Washington, PA 19034, bid the sum of $249,000.00 for said property. Being the highest and best bid received therefor, the said property was struck off and sold to the said Purchaser. Unless a redemption is made, the said Purchaser or assignee of the Certificate of Purchase shall be entitled to a confirmation deed for said property at the end of all redemption periods allowed by law to all subsequent lienors, and other persons entitled to redeem.

The bid submitted by the holder of the evidence of debt was a deficiency bid.
**The amount of the deficiency as a result of the successful bid at sale is $73,115.73.**

A copy of the executed Order Authorizing Sale and the Mailing List(s) submitted to the Public Trustee for this foreclosure are attached to and made a part of this Certificate of Purchase.

The public trustee shall retain the recorded certificate of purchase in the public trustee's records.

Executed on December 02, 2010  Betty A. Diller, Public Trustee in and for the County of Archuleta, State of Colorado

By: Betty A. Diller, Public Trustee

When Recorded Return to: Archuleta County Public Trustee

©Colorado Public Trustees' Association Revised 12/2009



EXHIBIT F