| DISTRICT COURT, ARCHULETA COUNTY, COLORADO<br>Court Address: 449 San Juan St., 1st Floor, P.O. Box 148<br>Pagosa Springs, CO 81147 | EFILED Document<br>CO Archuleta County District Court 6th JD<br>Filing Date: Dec 17 2010 9:56AM MST<br>Filing ID: 34918901<br>Review Clerk: Gloria L Adams |
|---|---|
| IN THE MATTER OF THE MOTION OF GMAC MORTGAGE, LLC FOR AN ORDER AUTHORIZING THE PUBLIC TRUSTEE TO SELL CERTAIN REAL ESTATE UNDER A POWER OF SALE CONTAINED WITHIN A DEED OF TRUST | ▲COURT USE ONLY▲ |
| Attorneys for Petitioner:<br>**CASTLE STAWIARSKI, LLC**<br>Address: 999 18th Street, Suite 2201<br>          Denver, CO 80202<br>Phone Number: (303) 865-1400<br>Atty. Reg. #11790 (Caren Jacobs Castle) ccastle@cmsatty.com<br>         #16092 (Elizabeth S. Marcus) lmarcus@cmsatty.com<br>         #33214 (Deanne R. Stodden) dstodden@cmsatty.com<br>         #10394 (Barbara A. Bader) bbader@cmsatty.com<br>         #34682 (Jennifer C. Rogers) jrogers@cmsatty.com<br>         #39976 (Christopher T. Groen) cgroen@cmsatty.com | Case Number: 2010cv199<br><br>Division: |
| RETURN OF SALE ||

COMES NOW the Petitioner above named, by the undersigned attorney and represents:

Pursuant to order of this Court heretofore entered, the real property described in the Motion for Order Authorizing Sale filed herein was struck off and sold to Petitioner named above for the sum of $249,000.00 at public auction on December 2, 2010, in accordance with published Notice of Sale by the Public Trustee in the County of Archuleta and State of Colorado, pursuant to that certain Deed of Trust described in said Motion.

WHEREFORE, said Petitioner presents this Return of Sale and prays for an Order of this Court approving the same.

CASTLE STAWIARSKI, LLC
Original signature on file

By _____Britney Beall-Eder_____
           #34935
Attorney for Petitioner

Sorce / 10-10713

**EXHIBIT G**

|  | **GRANTED** | The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order. Magistrate Order/Consent not necessary motion for review must be filed with District Court Judge within 15 days per CRM 7(a). | J— A Casey<br><br>James A. Casey<br>**District Court Magistrate**<br>DATE OF ORDER INDICATED ON ATTACHMENT |
|---|---|---|---|

DISTRICT COURT, ARCHULETA COUNTY, COLORADO

Court Address: 449 San Juan St., 1st Floor, P.O. Box 148
Pagosa Springs, CO  81147

EFILED Document
CO Archuleta County District Court 6th JD
Filing Date: Dec 20 2010 4:21PM MST
Filing ID: 34961911
Review Clerk: Gloria L Adams

IN THE MATTER OF THE MOTION OF GMAC MORTGAGE, LLC FOR AN ORDER AUTHORIZING THE PUBLIC TRUSTEE TO SELL CERTAIN REAL ESTATE UNDER A POWER OF SALE CONTAINED WITHIN A DEED OF TRUST

▲ COURT USE ONLY ▲

Case Number: 2010cv199

Division:

## ORDER APPROVING SALE

THE COURT, having considered the Return of Sale, the Court's file herein and being otherwise fully advised in the premises, hereby,

ORDERS that the said Return of Sale is approved. The Court neither approves nor disapproves the deficiency, if any.

DONE this _____ day of _____, _____.

BY THE COURT:

_____
DISTRICT COURT JUDGE/MAGISTRATE

Sorce / 10-10713

| | |
|---|---|
| This document constitutes a ruling of the court and should be treated as such | |
| **Court:** | CO Archuleta County District Court 6th JD |
| **Judge:** | Sarah F Law |
| **File & Serve Transaction ID:** | 34918901 |
| **Current Date:** | Dec 20, 2010 |
| **Case Number:** | 2010CV199 |
| **Case Name:** | GMAC MORTGAGE LLC vs. SORCE, MARSHA ANN |

/s/ Judge James A Casey