June Madrid  Page: 1 of 2
Archuleta County Clerk and Recorder
Recorded: 1/21/2011 2:15 PM
PTCD Rec Fee:$16.00  Doc Fee:$0.00
Reception No: 21100466

# CONFIRMATION DEED
## (CRS §38-38-502)
### Public Trustee's Foreclosure Sale No. 109-2010

THIS DEED is made January 21, 2011 between Betty A. Diller as the Public Trustee in and for the County of Archuleta, State of Colorado, grantor and Federal Home Loan Mortgage Corporation, grantee, the holder of the certificate of purchase whose legal address is 5000 Plano Parkway, Carrollton, TX 75010, by virtue of an assignment from GMAC Mortgage, LLC whose legal address is 1100 Virginia Drive, Fort Washington, PA 19034.

WHEREAS, the Grantor(s) described below did convey to the public trustee, in trust, the property hereinafter described to secure the payment of the indebtness provided in said deed of trust:

| | |
|---|---|
| Original Grantor(s) | Marsha Ann Sorce |
| Original Beneficiary(ies) | Mortgage Electronic Registration Systems, Inc., as nominee for GMAC Mortgage, LLC dba ditech |
| Current Holder of Evidence of Debt | GMAC Mortgage, LLC |
| Date of Deed of Trust | May 22, 2008 |
| County of Recording | Archuleta |
| Recording Date of Deed of Trust | June 10, 2008 |
| Recording Information (Reception and/or Book & Page) | 20804367 |

WHEREAS, a violation was made in certain of the terms and covenants of said deed of trust as shown by the notice of election and demand for sale filed with the Public Trustee; the said property was advertised for public sale at the place and in the manner provided by law and by said deed of trust; combined notice of sale and right to cure and redeem was given as required by law; said property was sold according to said combined notice; and a certificate of purchase thereof was made and recorded in the office of said county Clerk and Recorder; and

WHEREAS, all periods of redemption have expired.

NOW, THEREFORE, the Public Trustee, pursuant to the power and authority vested by law and by the said deed of trust, confirms the foreclosure sale and sells and conveys to grantee the following described property located in the County of Archuleta, State of Colorado, to wit:

SEE EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE

Also known by street and number as: 5600D County Road 700, Pagosa Springs, CO 81147-9660

To have and to hold the same, with all appurtenances, forever.

Executed on: January 21, 2011

Betty A. Diller, Public Trustee in and for the County of Archuleta, State of Colorado



By: Betty A. Diller, Public Trustee

When Recorded Return to: Archuleta County Public Trustee

EXHIBIT H

© Colorado Public Trustees' Association Revised 12/2009

June Madrid   Page: 2 of 2
Archuleta County Clerk and Recorder
Recorded: 1/21/2011 2:15 PM
PTCD  Rec Fee:$16.00  Doc Fee:$0.00
Reception No: 21100466

109-2010

## LEGAL DESCRIPTION

LOCATED IN THE COUNTY OF ARCHULETA, STATE OF COLORADO AND DESCRIBED AS FOLLOWS:

A TRACT OF LAND BEING THE NW1/4NW1/4 OF SECTION 22, TOWNSHIP 34 NORTH, RANGE 3 WEST, N.M.P.M., AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHWEST CORNER OF SAID SECTION 22, SAID CORNER BEING A MARKED STONE IN PLACE;

THENCE SOUTH 89° 36' 21" EAST, A DISTANCE OF 1319.50 FEET ALONG THE NORTH LINE OF THE NW1/4NW1/4 OF SAID SECTION 22 TO THE NORTHEAST CORNER OF SAID NW1/4NW1/4;

THENCE SOUTH 00° 22' 03" EAST, DISTANCE OF 1300.76 FEET ALONG THE EAST LINE OF THE NW1/4NW1/4 OF SAID SECTION 22 TO THE SOUTHEAST CORNER OF SAID NW1/4NW1/4;

THENCE NORTH 89° 59' 23" WEST, A DISTANCE OF 1320.81 FEET ALONG THE SOUTH LINE OF THE NW1/4NW1/4 OF SAID SECTION 22 TO THE SOUTHWEST CORNER OF SAID NW1/4NW1/4;

THENCE NORTH 00° 18' 24" WEST, A DISTANCE OF 1309.59 FEET ALONG THE WEST LINE OF THE NW1/4NW1/4 OF SAID SECTION 22 TO THE POINT OF BEGINNING.

TAX ID #: 589322200046

BEING ALL AND THE SAME LANDS AND PREMISES CONVEYED TO MARSHA ANN SORCE BY MARVIE R. VANLANDINGHAM AND KERON B. VANLANDINGHAM IN A WARRANTY DEED EXECUTED 1/23/2004 AND RECORDED 10/25/2004 IN DOCUMENT NO. 20409835 OF THE ARCHULETA COUNTY, COLORADO LAND RECORDS.

2750281vl