June Madrid Page: 1 of 4
Archuleta County Clerk and Recorder
Recorded: 4/14/2011 8:20 AM
GRD Rec Fee:$26.00 Doc Fee:$0.00
Reception No: 21102357



## GRANT DEED WITHOUT WARRANTY

**FHLMC is exempt from state and county transfer tax per 12 U.S.C. § 1452(e). & C.R.S. 39-13-102(1) (Consideration Less than $500.00)**

STATE OF COLORADO
COUNTY OF ARCHULETA

For and in consideration of the sum of one dollar and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Federal Home Loan Mortgage Corporation (Grantor) hereby GRANTS, BARGAINS, SELLS AND CONVEYS unto GMAC Mortgage, LLC 2711 Haskell Avenue Dallas, TX 75204 (Grantee) the real property described on Exhibit "A" which is attached hereto and incorporated herein by reference

The property is more commonly described as: 5600d County Road 700 Pagosa Springs, CO 81147

**THIS DEED IS MADE WITHOUT ANY WARRANTIES, EXPRESSED OR IMPLIED, AND CONVEYS TO GRANTEE ONLY THE INTEREST GRANTOR HOLDS IN THE REAL PROPERTY DESCRIBED HEREIN.**

Prepared By: Maria L. Garcia
After Recording Return To:
Jack O'Boyle & Associates
P.O. Box 815369
Dallas, Texas 75381
March 29, 2011

Tax Statements Should be Mailed To:
GMAC Mortgage, LLC
2711 Haskell Avenue
Dallas, TX 75204



EXHIBIT I

June Madrid   Page: 2 of 4
Archuleta County Clerk and Recorder
Recorded: 4/14/2011 8:20 AM
GRD  Rec Fee:$26.00  Doc Fee:$0.00
Reception No: 21102357

510952798
5600d County Road 700
Pagosa Springs, CO  81147

EXECUTED this __1__ day of __April__, 2011

FEDERAL HOME LOAN MORTGAGE CORPORATION

BY: _____
        Gloria Wright
ASSISTANT TREASURER *

*attached copy of Certificate of Appointment and Authority incorporated hereto by reference

STATE OF TEXAS
COUNTY OF DENTON

This instrument was acknowledged before me by the said __Gloria Wright__ in the capacity therein stated on behalf of the Federal Home Loan Mortgage Corporation on the __1__ day of __April__ 2011.

_____
Print: John R. Hodack
Notary Public in and for
The State of Texas

JOHN R. HODACK
MY COMMISSION EXPIRES
April 14, 2012

||| June Madrid   Page: 3 of 4
||| Archuleta County Clerk and Recorder
||| Recorded: 4/14/2011 8:20 AM
||| GRD Rec Fee:$26.00  Doc Fee:$0.00
||| Reception No: 21102357

510952798
5600d County Road 700
Pagosa Springs, CO 81147

# Exhibit "A"

LOCATED IN THE COUNTY OF ARCHULETA, STATE OF COLORADO AND DESCRIBED AS

FOLLOWS: A TRACT OF LAND BEING THE NW1/4NW1/4 OF SECTION 22, TOWNSHIP 34

NORTH, RANGE 3 WEST,
N.M.P.M., AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHWEST CORNER OF SAID SECTION 22, SAID CORNER BEING A MARKED STONE IN PLACE;

THENCE SOUTH 89° 36' 21" EAST, A DISTANCE OF 1319.50 FEET ALONG THE NORTH LINE OF THE NW1/4NW1/4 OF SAID SECTION 22 TO THE NORTHEAST CORNER OF SAID NW1/4NW1/4;

THENCE SOUTH 00° 22' 03" EAST, DISTANCE OF 1300.76 FEET ALONG THE EAST LINE OF THE NW1/4NW1/4 OF SAID SECTION 22 TO THE SOUTHEAST CORNER OF SAID NW1/4NW1/4;

THENCE NORTH 89° 59'23" WEST, A DISTANCE OF 1320.81 FEET ALONG THE SOUTH LINE OF THE NW1/4NW1/4 OF SAID SECTION 22 TO THE SOUTHWEST CORNER OF SAID NW1/4NW1/4;

THENCE NORTH 00° 18' 24" WEST, A DISTANCE OF 1309.59 FEET ALONG THE WEST LINE OF THE NW1/4NW114 OF SAID SECTION 22 TO THE POINT OF BEGINNING.

TAX ID #:589322200046

BEING ALL AND THE SAME LANDS AND PREMISES CONVEYED TO MARSHA ANN SORCE BY MARVIE R. VANLANDINGHAM AND KERON B. VANLANDINGHAM IN A WARRANTY DEED EXECUTED 8/23/2004 AND RECORDED 10/25/2004 IN DOCUMENT NO. 20409835 OF THE ARCHULETA COUNTY, COLORADO LAND RECORDS.

. 2750281vt

```
||| June Madrid   Page: 4 of 4
||| Archuleta County Clerk and Recorder
||| Recorded: 4/14/2011 8:20 AM
||| GRD  Rec Fee:$26.00  Doc Fee:$0.00
||| Reception No: 21102357
```

# CERTIFICATE
# OF
# APPOINTMENT AND AUTHORITY

Pursuant to the authority vested in me by Delegations of Authorities Certificate, Section VII, Legal, I hereby appoint GLORIA WRIGHT as Assistant Treasurer of the Federal Home Loan Mortgage Corporation (Freddie Mac) for the sole purpose of executing the documents regarding real properties which are foreclosed or real property acquired by other means and assigned to REO for disposition, including, but not limited to, the following:

- Sales contracts;

- Advances for money to brokers or others;

- Listing agreements;

- Any and all documents required in connection with the disposition of such property, including, but not limited to, deeds, settlement statements, seller financing and assumptions and Limited Powers of Attorney to execute any and all documents necessary to convey the property;

- Property management agreements and rental agreements;

- Form 104 expenses related to property activity;

- Deeds to transfer or donate properties to outside organizations; and

- Documents with respect to special financing or special concessions.

This appointment and authority becomes effective immediately and shall continue in full force and effect until December 31, 2010, unless modified or revoked.. This authority shall not be redelegated.

*[signature]*

Eugene M. Goott
Managing Associate General Counsel-
Corporate Governance
Office of the Corporate Secretary

Effective Date: January 1, 2011