| | |
|---|---|
| COUNTY COURT, ARCHULETA, STATE OF COLORADO<br>449 San Juan Street, P.O. Box 148<br>Pagosa Springs, CO 81147 | EFILED Document – County Court<br>CO Archuleta County-County Court 6th JD<br>Filing Date: Dec 5 2011 11:18AM MST<br>Filing ID: 41217604<br>Review Clerk: Debbie Tully |
| GMAC MORTGAGE, LLC<br><br>Plaintiff,<br><br>v.<br><br>MARSHA ANN SORCE<br>AND ANY AND ALL PERSONS IN POSSESSION OR OCCUPANCY,<br><br>Defendant(s). | ▲ COURT USE ONLY ▲<br><br>Case Number:<br><br>Courtroom/Division: |
| Attorney for Plaintiff<br>**ROBERT J. HOPP & ASSOCIATES, LLC**<br>Boyd A. Rolfson, #40035<br>Neal J. Valorz, #42496<br>P. O. Box 8689<br>Denver, CO 80201<br>Telephone: 303-788-9600 | |

### VERIFIED COMPLAINT (UNLAWFUL DETAINER)

**COMES NOW** the Plaintiff complains of the Defendants and alleges that:

1. Plaintiff is the owner of property commonly known and numbered as **5600D County Road 700, Pagosa Springs, CO 81147** (the "Property") in **Archuleta** County, State of Colorado, described as follows:

   **SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE.**

2. Said Property was secured by a Deed of Trust dated **May 22, 2008** and recorded **June 10, 2008**, at Reception No. **20804367** in the records of the Clerk and Recorder, **Archuleta** County, State of Colorado.

3. Said Deed of Trust granted a power of sale to the Public Trustee of **Archuleta County**, State of Colorado, pursuant to which said Property was sold to the Plaintiff at a Public Trustee's Sale on **December 2, 2010**. A Confirmation Deed was issued to the Plaintiff, a copy of which is attached and incorporated herein as **EXHIBIT B**.


EXHIBIT J

4. On **December 16, 2010** all applicable redemption periods expired, vesting title to the property in Plaintiff.

5. Plaintiff demanded possession of the premises by a formal written demand, a copy of which is attached and incorporated herein as **EXHIBIT C**.

6. The Defendant or individuals claiming under them are presently in possession of the premises.

7. The Defendant or those claiming under them are unlawfully and wrongfully holding the possession of the premises contrary to the Demand for Possession.

8. Plaintiff reserves the right to seek monetary damages at a later date.

9. Pursuant to the provisions of C.R.S. §13-40-123, the Plaintiff is entitled to reasonable attorney's fees in this action.

**WHERFORE**, Plaintiff demands judgment for possession of the premises, and such other and further relief as this Court may deem appropriate.

DATED: December 5, 2011

**ROBERT J. HOPP & ASSOCIATES, LLC**

_/s/ Boyd A. Rolfson_
Boyd A. Rolfson-No.CO40035

Plaintiff's Address:
2711 Haskell Avenue, Dallas, TX 75204

## VERIFICATION

Boyd A. Rolfson being first duly sworn on oath, deposes and says that they are an attorney for the firm of Robert J. Hopp & Associates, LLC as agent for the Plaintiff herein and as such has read the foregoing Summons and Complaint and states that the facts as set forth therein are true and correct to the best of their knowledge and belief.

Boyd A. Rolfson-No.CO40035, Attorney for Plaintiff

STATE OF COLORADO  )
                   ) ss.
COUNTY OF DENVER   )

Sworn to before me and subscribed in my presence by Boyd A. Rolfson-No.CO40035 as attorney for agent of Plaintiff on November 17, 2011.
WITNESS MY HAND AND OFFICIAL SEAL.

My Commission Expires: 12/19/201

Notary Public

VALE LEROI
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 12/19/2011