

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

*James E Denvir*

**James E Denvir**
**County Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

COUNTY COURT, ARCHULETA,
STATE OF COLORADO
449 San Juan Street, P.O. Box 148
Pagosa Springs, CO 81147

EFILED Document – County Court
CO Archuleta County-County Court 6th JD
Filing Date: Dec 28 2011 12:01PM MST
Filing ID: COURT USE ONLY ▲
Review Clerk: Carol Turner

**Plaintiff:** GMAC Mortgage, LLC
**v.**

**Defendant(s): Marsha Ann Sorce** AND ANY AND ALL PERSONS IN POSSESSION OR OCCUPANCY

Case Number: 2011C388

Courtroom/Division:

## ORDER RE: MOTION FOR ENTRY OF DEFAULT JUDGMENT

THE COURT having reviewed Plaintiff's Motion for Entry of Default Judgment, the Court's file herein, and being otherwise fully advised in the premises, hereby finds that:

Defendant(s) has failed to appear at the hearing or otherwise respond to the Summons in Forcible Entry and Unlawful Detainer and Verified Complaint that were served upon them.

Therefore, the Court **ORDERS** that Plaintiffs' motion for entry of Default Judgment shall be **GRANTED**, and judgment for possession shall enter in favor of Plaintiff.

**DONE THIS** ___ day of _____, 2010.

                    **BY THE COURT**

                    _____

                    **COUNTY COURT JUDGE/MAGISTRATE**

**EXHIBIT K**

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | CO Archuleta County-County Court 6th JD |
| **Judge:** | James E Denvir |
| **File & Serve Transaction ID:** | 41477451 |
| **Current Date:** | Dec 28, 2011 |
| **Case Number:** | 2011C388 |
| **Case Name:** | GMAC Mortgage, LLC v. Marsha Ann Sorce |

**/s/ Judge James E Denvir**