|  **GRANTED** | The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order. | *James E Denvir* <br> **James E Denvir** <br> **County Court Judge** <br> DATE OF ORDER INDICATED ON ATTACHMENT |
|---|---|---|

EFILED Document – County Court
CO Archuleta County-County Court 6th JD
Filing Date: Jan 6 2012 1:56PM MST
Filing ID: 41735809
Review Clerk: Carol Parker

**COUNTY COURT, ARCHULETA,**
**STATE OF COLORADO**
449 San Juan Street, P.O. Box 148
Pagosa Springs, CO 81147

▲ COURT USE ONLY ▲

**Plaintiff:** GMAC Mortgage, LLC
v.

**Defendant(s):** Marsha Ann Sorce AND ANY AND ALL PERSONS IN POSSESSION OR OCCUPANCY

Case Number: 2011C388

Courtroom/Division: A

## WRIT OF RESTITUTION

**THE PEOPLE OF THE STATE OF COLORADO, TO THE SHERIFF OF SAID COUNTY – GREETINGS:**

**WHEREAS**, Plaintiff obtained a judgment against Defendant (s), **Marsha Ann Sorce**, and any and all other occupants claiming an interest under said Defendant(s), in the above-entitled action of unlawful detainer on **December 28, 2011**, for the restitution of the premises more particularly described as follows:

**SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE.**

Also known and numbered as: **5600D County Road 700, Pagosa Springs, CO 81147**

**THE COURT THEREFORE COMMANDS YOU**, in the name and by the authority of the People to dispossess the above-named Defendant(s) and restore the above-named Plaintiff to the possession of the premises.

**AND FURTHER** to make due and proper return according to law.

Given under my hand and seal this ___ day of _____, 20_____.

                        Clerk / County Judge

                        By: _____

**ROBERT J. HOPP & ASSOCIATES, LLC**
P. O. Box 8689, Denver, CO 80201
Phone: 303-788-9600
CONTACT: Eviction Department / Reference: **11-01789CO**

**EXHIBIT L**

June Madrid    Page 7
Archuleta County Clerk and Recorder
Recorded: 12/2/2010 10:32 AM
PTC Rec Fee:$41.00  Doc Fee:$0.00
Reception No: 21008566

### LEGAL DESCRIPTION

LOCATED IN THE COUNTY OF ARCHULETA, STATE OF COLORADO AND DESCRIBED AS FOLLOWS:

A TRACT OF LAND BEING THE NW1/4NW1/4 OF SECTION 22, TOWNSHIP 34 NORTH, RANGE 3 WEST, N.M.P.M., AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHWEST CORNER OF SAID SECTION 22, SAID CORNER BEING A MARKED STONE IN PLACE;

THENCE SOUTH 89° 36' 21" EAST, A DISTANCE OF 1319.50 FEET ALONG THE NORTH LINE OF THE NW1/4NW1/4 OF SAID SECTION 22 TO THE NORTHEAST CORNER OF SAID NW1/4NW1/4;

THENCE SOUTH 00° 22' 03" EAST, DISTANCE OF 1300.78 FEET ALONG THE EAST LINE OF THE NW1/4NW1/4 OF SAID SECTION 22 TO THE SOUTHEAST CORNER OF SAID NW1/4NW1/4;

THENCE NORTH 89° 59' 23" WEST, A DISTANCE OF 1320.81 FEET ALONG THE SOUTH LINE OF THE NW1/4NW1/4 OF SAID SECTION 22 TO THE SOUTHWEST CORNER OF SAID NW1/4NW1/4;

THENCE NORTH 00° 15' 24" WEST, A DISTANCE OF 1309.59 FEET ALONG THE WEST LINE OF THE NW1/4NW1/4 OF SAID SECTION 22 TO THE POINT OF BEGINNING.

TAX ID #: 589322200046

BEING ALL AND THE SAME LANDS AND PREMISES CONVEYED TO MARSHA ANN SORCE BY MARVIN R. VANLANDINGHAM AND KERON B. VANLANDINGHAM IN A WARRANTY DEED EXECUTED 8/23/2004 AND RECORDED 10/25/2004 IN DOCUMENT NO. 20409835 OF THE ARCHULETA COUNTY, COLORADO LAND RECORDS.

2730251v1

109-2010

**EXHIBIT A**

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | CO Archuleta County-County Court 6th JD |
| **Judge:** | James E Denvir |
| **File & Serve Transaction ID:** | 41600550 |
| **Current Date:** | Jan 06, 2012 |
| **Case Number:** | 2011C388 |
| **Case Name:** | GMAC MORTGAGE LLC vs. SORCE, MARSHA ANN |

/s/ Judge James E Denvir