

**faxZERO**
Send a fax for free

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 18 2013

JEFFREY P. COLWELL
CLERK

**Recipient Information**
To: Clerk of Court - USDC CO
Fax #: 3033352714

**Sender Information**
From: Marsha Sorce
Email address: sha@meantimeproductions.com (from 70.197.144.250)
Sent on: Friday, January 18 2013 at 11:53 AM EST

Case #12cv01958 - Please file. Thank you.

12-cv-01958-CMA-BNB

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 800-980-6858. Specify fax #8502488. We will add your fax number to the block list.

1/1

JAN-18-2013 10:10                                                    96%                                    P.01

Appendix D

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
### FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and **no longer than ten pages**, including all attachments, may be filed with the clerk by means of facsimile during a business day. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1. Date of transmission: _____Jan. 18, 2013_____

2. Name of attorney or *pro se* party making the transmission: __Marsha Sorce__

   Facsimile number: _____   Telephone number: __970-903-8756__

3. Case number, caption, and title of pleading or paper: __12cv01958__

   __Certificate Of Service of Summons' & Amended Complaint to atty.__

4. Number of pages being transmitted, including the facsimile cover sheet: __2__

Instructions, if any: __Please file so the court can see atty. has been noticed along will all parties.__
The original Certificate of Service and a complete copy of the mailing was mailed to your office on Monday Jan. 14, 2013. However it has not yet been docketed as of 8:30 am PST today, Jan. 18, 2013.
That is the reason for this fax, as there is a deadline imposed upon me by the court and I am doing everything I can think of to ensure the court will see I have done what has been asked, on more than occasion.
Thank you.

(Rev. (12/08))

## CERTIFICATE OF SERVICE

I certify that on  Jan. 14, 2013 , I caused to be served copies of the original summons' for all defendants and amended complaint by first class mail, postage prepaid, certified mail #7006 0100 0006 8952 3885 as follows:

**Dana Brent Baggs**
**Karen Lynn Brody**
Lowe, Fell & Skogg, LLC
1099 18th Street
Granite Tower
Suite 2950
Denver, CO 80202

                                                     _/s/ Marsha Sorce_____
                                                     Marsha Sorce