**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01958-CMA-BNB

MARSHA SORCE,

     Plaintiff,

v.

DITECH,
FREDDIE MAC MULTI-CLASS CERTIFICATES SERIES 3499,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"),
GMAC MORTGAGE, LLC, and
DOES 1 through 20,

     Defendants.

**ORDER ADOPTING AND AFFIRMING JUNE 6, 2013
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This case was referred to United States Magistrate Judge Boyd N. Boland pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. (Doc. # 4.) On June 6, 2013, Judge Boland issued a Recommendation (Doc. # 28), advising the Court to grant Defendants' Motion to Dismiss (Doc. # 22). The Recommendation stated that "the parties have 14 days after service of this recommendation to serve and filed specific, written objections." (Doc. # 28 at 9 n.4.) It further informed the parties that "failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge." (*Id.*) Nonetheless, neither party has filed objections.

"In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (observing that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings")).  Having reviewed the Recommendation, the Court discerns no clear error on the face of the record and finds that Judge Boland's reasoning is sound.

Accordingly, it is hereby ORDERED that the Recommendation of United States Magistrate Judge Boyd N. Boland (Doc. # 28) is AFFIRMED and ADOPTED as an Order of this Court.  Pursuant to the Recommendation, it is

FURTHER ORDERED that Defendants' Motion to Dismiss (Doc. # 22) is GRANTED, and the case is hereby DISMISSED.

DATED:  June   27  , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge