**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No.  12-cv-01958-CMA-BNB

MARSHA SORCE,

      Plaintiff,

v.

DITECH,
FREDDIE MAC MULTI-CLASS CERTIFICATES SERIES 3499,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"),
GMAC MORTGAGE, LLC,

      Defendants.

---

## FINAL JUDGMENT

---

      Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Adopting And Affirming June 6, 2013 Recommendation of United States Magistrate Judge, entered by the Honorable Christine M. Arguello, United States District Judge, on June 27, 2013,

      IT IS ORDERED that the Recommendation of Magistrate Judge Boyd N. Boland (Doc. #28) is AFFIRMED and ADOPTED as an Order of this Court.

      IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (Doc. #22) is GRANTED and the case is hereby dismissed.

      Final Judgment is entered for Defendants and against the Plaintiff.

      DATED at Denver, Colorado this  27th  day of June, 2013.

                                    JEFFREY P. COLWELL, CLERK

                                    By: s/ Edward P. Butler
                                    Edward P. Butler, Deputy Clerk